FILED
DISTRICT COURT OF GUAM

MAY 12 2004

MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DAVID WOODRUFF,<br><br>Petitioner, | Civil Case. No. 04-00025<br><br>**ORDER** |

On May 3, 2004, the defendant filed a Petition for Writ of Habeas Corpus and Action for Declaration That a Judgment is Void. Therein, the petitioner states he is imprisoned in the Wyoming State Prison and his imprisonment is illegal. As a general rule, federal habeas proceedings requires the petitioner to exhaust all available state remedies before suing for federal relief. See 28 U.S.C. § 2254(b)(1)(A),(c); Rose v. Lundy, 455 U.S. 509, 515-16, 102 S. Ct. 1198 (1982). Upon review of the petition and related motions, the Court notes that the petitioner has failed to show that his claims were presented to the Wyoming Supreme Court for its deliberation. Therefore, this Court will not consider the petitioner's claims until he can demonstrate that he has exhausted his state court remedies. See Rose v. Lundy, 455 U.S. at 522; 102 S. Ct. At 1205. (A federal district court must dismiss a habeas petition filed by a petitioner if state remedies have not been exhausted.). Additionally, the Court notes that the petitioner has failed to name a respondent in his petition. Accordingly, the Court dismisses the petition without prejudice and all motions discussed therein.

SO ORDERED this 11th day of May, 2004.

Notice is hereby given that this document was entered on the docket on _____.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: /s/ Shirlene A. Ishizu

Deputy Clerk        Date

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge

ORIGINAL